clear that we could appropriately grant the writ and reverse the judgment summarily.

No. 75–5268. YOUNG *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 75–236. KUTLER *v.* UNITED STATES, *ante,* p. 959;

No. 75–258. PARKER *v.* LORENZ, ACTING LIBRARIAN OF CONGRESS, ET AL., *ante,* p. 927;

No. 75–323. IN RE BERRY, *ante,* p. 928;

No. 75–374. WARREN *v.* KILLORY, SUPERINTENDENT OF SCHOOLS, BROCKTON, MASSACHUSETTS, ET AL., *ante,* p. 929;

No. 75–435. CESSNA AIRCRAFT CO. ET AL. *v.* WHITE INDUSTRIES, INC., *ante,* p. 947.

No. 75–5324. GUERRERO *v.* HAUCK, SHERIFF, *ante,* p. 936; and

No. 75–5584. WHITE *v.* ALABAMA, *ante,* p. 951. Petitions for rehearing denied.

No. 74–1574. UNITED MINE WORKERS OF AMERICA ET AL. *v.* ARMCO STEEL CORP. ET AL., *ante,* p. 877. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 74–6726. ORBIZ, AKA LLACA *v.* UNITED STATES, *ante,* p. 861. Motion for leave to file petition for rehearing denied.

DECEMBER 17, 1975

No. 74–1549. BAILEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.